KATE ISRAEL, Respondent, v. DAVID ISRAEL, Appellant.— Order modified

by reducing alimony to $100 per week and counsel fee to $1,500, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.